AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT   ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

18 U.S.C. §922(g)(1)(Felon in Possession of a Firearm)

E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Class D Felony - 10 years imprisonment, fine of $250,000, 3 years supervised release, $100 special assessment.

### DEFENDANT - U.S.
▶ Kenneth Babers

**DISTRICT COURT NUMBER**
CR 07 0590 CRB

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
SFPD and ATF / Inspector Michael Kelly

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **KEVIN V. RYAN**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Denise Marie Barton

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges   ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of institution
San Francisco County Jail

Has detainer been filed?   ☐ Yes  ☑ No   If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year  3/18/2007

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
### VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

KENNETH BABERS

**CRB**

DEFENDANT.

---

# INDICTMENT

VIOLATION: 18 U.S.C. § 922 (g) (1) - Felon in Possession of a Firearm

---

A true bill.

_____ Foreman

Filed in open court this _____ day of _____

_____ Clerk

Bail, $ No bail arrest warrant

Scott N. Schools (SCBN 9990)
United States Attorney

FILED
07 SEP 13 PM 3: 05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**CR 07 0590 CRB**

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm |
| v. | ) SAN FRANCISCO VENUE |
| KENNETH BABERS, | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

COUNT ONE:

On or about March 18, 2007, in the Northern District of California, the defendant,

KENNETH BABERS,

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, described as an Israeli Military Industries semi-automatic pistol, Model Desert Eagle H3, Caliber .45 ACP, Serial Number 33311318, in and

//

//

INDICTMENT

1  affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section
2  922(g)(1).

5  DATED: September 13, 2007                              A TRUE BILL.

                                                         /s/ James E. Vacbott
                                                         FOREPERSON

8  SCOTT N. SCHOOLS
   United States Attorney

11 GREGORY M. LOWDER
   Deputy Chief, Major Crimes Section

13 (Approved as to form: /s/ Denise Barton)
14                                AUSA Barton

INDICTMENT                               2