SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH BABERS,<br><br>    Defendant. | CR No. 07-590 CRB<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |

On October 26, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from October 26, 2007 through October 31, 2007. The parties represented that granting the continuance was necessary

//

//

//

1  for effective preparation of counsel, taking into account the exercise of due diligence. See 18
2  U.S.C. § 3161(h)(8)(B)(iv).

4  SO STIPULATED:

6            SCOTT N. SCHOOLS
          United States Attorney

8  DATED: October 29, 2007          _____/s/_____
          DENISE MARIE BARTON
9            Assistant United States Attorney

12
13  DATED:  October 29, 2007          _____/s/_____
          JODI LINKER
          Attorney for KENNETH BABERS

16      As the Court found on October 26, 2007, and for the reasons stated above, the Court finds
17  that the ends of justice served by the continuance outweigh the best interests of the public and the
18  defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
19  calculations from October 26, 2007 through October 31, 2007 for effective preparation of
20  counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would
21  deny counsel reasonable time necessary for effective preparation, taking into account the exercise
22  of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

24  SO ORDERED.

26  DATED: _____          _____
          HON. EDWARD M. CHEN
27            United States Magistrate Judge