```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JODI LINKER
    Assistant Federal Public Defender
 3  19th Floor Federal Building
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    Telephone: (415) 436-7700
 5
    Counsel for Defendant BABERS
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )   No. CR-07-590 CRB
                                     )
12          Plaintiff,                )   [PROPOSED] ORDER TO TRANSFER
                                     )   DEFENDANT
13  v.                               )
                                     )
14  KENNETH BABERS,                  )
                                     )
15          Defendant.                )
    _____)
16
17      At the request of the defendant, and for good cause shown, the Court hereby ORDERS
18  the United States Marshal Service to transfer the defendant from Santa Rita Jail to North County
19  Jail (Glen E. Dyer Detention Facility), if at all possible .
20      IT IS SO ORDERED.
21  Dated: _____              _____
                                        CHARLES R. BREYER
22                                      UNITED STATES DISTRICT JUDGE
23
24
25
26
```

Case No. CR 07-590 CRB                         1