| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date:  **October 31, 2007**

Reporter**: James Yeomans**

| | |
|---|---|
| **Case No: CR-07-0590-CRB** | **DEFT:**  **KENNETH BABERS**<br>                (X)Present |
| AUSA:  Denise Barton | DEF ATTY: Jodi Linker |

**REASON FOR HEARING**   Status Conference

**RESULT**      Held, matter scheduled for a change of plea.  Defense counsel to prepare order for Court's signature re: transfer of defendant to North County.

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** November 28, 2007 @ 2:15 p.m.  **for** Change of Plea

**JUDGMENT**


Notes: defendant remanded to custody