1   BARRY J. PORTMAN
    Federal Public Defender
2   JODI LINKER
    Assistant Federal Public Defender
3   19th Floor Federal Building
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    Telephone: (415) 436-7700
5
    Counsel for Defendant BABERS
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )      No. CR-07-590 CRB
                                       )
12              Plaintiff,             )      [PROPOSED] ORDER TO TRANSFER
                                       )      DEFENDANT
13  v.                                 )
                                       )
14  KENNETH BABERS,                    )
                                       )
15              Defendant.             )
    _____)
16

17          At the request of the defendant, and for good cause shown, the Court hereby ORDERS

18  the United States Marshal Service to transfer the defendant from Santa Rita Jail to North County

19  Jail (Glen E. Dyer Detention Facility), if at all possible .

20          IT IS SO ORDERED.

21  Dated: November 1, 2007

22                                                    _____
                                                      CHARLES R. BREYER
23                                                    UNITED STATES DISTRICT JUDGE

24

25

26