1 | SCOTT N. SCHOOLS (SCBN 9990)
　 | United States Attorney
2
　 | BRIAN STRETCH (CSBN 163973)
3 | Chief, Criminal Division

4 | DENISE MARIE BARTON (MABN 634052)
　 | Assistant United States Attorney
5
　 | 450 Golden Gate Avenue, Box 36055
6 | San Francisco, California 94102
　 | Telephone: (415) 436-7359
7 | Facsimile: (415) 436-7234
　 | denise.barton@usdoj.gov
8
　 | Attorneys for Plaintiff
9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,        ) CR No. 07-590 CRB
　 |                                 )
15 |                                 ) STIPULATION AND [PROPOSED] ORDER
　 |           Plaintiff,            ) EXCLUDING TIME
16 |                                 )
　 |      v.                         )
17 |                                 )
　 | KENNETH BABERS,                 )
18 |                                 )
　 |           Defendant.            )
19 | _____)

20
　 |      On October 16, 2007, the parties in this case appeared before the Court and stipulated that
21
　 | time should be excluded from the Speedy Trial Act calculations from October 16, 2007 through
22
　 | October 26, 2007. The parties represented that granting the continuance was necessary
23
　 | //
24
　 | //
25
　 | //
26

27

28

Stipulation and [Proposed] Order Excluding Time, 07-590 CRB                                        1

for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

                                      SCOTT N. SCHOOLS
                                      United States Attorney

DATED: October 26, 2007                /s/
                                      DENISE MARIE BARTON
                                      Assistant United States Attorney

DATED: October 26, 2007                /s/
                                      JODI LINKER
                                      Attorney for KENNETH BABERS

As the Court found on October 16, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from October 16, 2007 through October 26, 2007 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 10/30/07

                                      HON. EDWARD M. CHEN
                                      United States Magistrate Judge