| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | BRIAN STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | DENISE MARIE BARTON (MABN 634052)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7359 |
| 7 | Facsimile: (415) 436-7234<br>denise.barton@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KENNETH BABERS,<br><br>  Defendant. | CR No. 07-590 CRB<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |

On October 26, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from October 26, 2007 through October 31, 2007. The parties represented that granting the continuance was necessary

//

//

//

Stipulation and [Proposed] Order Excluding Time, 07-590 CRB                                                                 1

1  for effective preparation of counsel, taking into account the exercise of due diligence. See 18
2  U.S.C. § 3161(h)(8)(B)(iv).

4  SO STIPULATED:

                                                        SCOTT N. SCHOOLS
                                                        United States Attorney

8  DATED: October 29, 2007                              _____/s/_____
                                                        DENISE MARIE BARTON
                                                        Assistant United States Attorney


   DATED:  October 29, 2007                             _____/s/_____
                                                        JODI LINKER
                                                        Attorney for KENNETH BABERS


       As the Court found on October 26, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from October 26, 2007 through October 31, 2007 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 10/31/07

                                                        HON. EDWARD M. CHEN
                                                        United States Magistrate Judge