| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **November 28, 2007**

Reporter**: Sylvia Russo**

| | |
|---|---|
| **Case No: CR-07-590-CRB** | **DEFT:** KENNETH BABERS<br>(X)Present |
| AUSA: Denise Barton | DEF ATTY: Jodi Linker |

**REASON FOR HEARING**   Change of Plea

**RESULT**   Change of Plea continued.  The Court denies the governments motion to exclude time - time not exclude.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** December 05, 2007 @ 2:15 p.m.  **for** Change of Plea

**JUDGMENT** _____

Notes:   defendant remanded to custody