**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: **December 5, 2007**

Reporter: **James Yeomans**

Case No: **CR-07-0590-CRB**

AUSA: Allison Danner

**THE HONORABLE CHARLES R. BREYER**
Courtroom Clerk: **Barbara Espinoza**

**FILED**

*DEC – 5 2007*

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFT: KENNETH BABER**
(X)Present

DEF ATTY: Jodi Linker

**REASON FOR HEARING** Change of Plea

**RESULT** defendant placed under oath, enters a plea of guilty to the indictment. The Court

accepts the plea of guilty and the defendant is adjudged guilty.

Motions (if any) to be filed
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** February 20, 2008 @ 2:15 p.m. **for** Judgment and Sentencing

**JUDGMENT**

Notes: Defendant remanded to custody.