1

2

3

4

5

6

7

8                                    IN THE UNITED STATES DISTRICT COURT

9                              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                              No. CR 07-00590 CRB

12                    Plaintiff,                             **Clerk's Notice**

13        v.

14    KENNETH BABERS,

15                    Defendant.

      _____/

16

17    YOU ARE NOTIFIED THAT the Court has rescheduled the sentencing currently on calendar for

18    Wednesday, February 20, 2008 **to10:00 a.m. on February 20, 2008** before the Honorable Charles

      R. Breyer.

19

20    Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,

21    San Francisco, CA  94102.

22
      Dated: January 31, 2008                             FOR THE COURT,
23

24                                                        Richard W. Wieking, Clerk

25                                                        By:_____

                                                             Barbara Espinoza
26                                                           Courtroom Deputy

27

28

United States District Court
For the Northern District of California