| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | THE HONORABLE CHARLES R. BREYER<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **February 20, 2008**

FILED

FEB 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Reporter: **Margo Gurule**

Case No: **CR-07-0590-CRB**    DEFT: **KENNETH BABERS**
                                (X)Present

AUSA: __Dave Hall__         DEF ATTY: __Jodi Linker__
USPO: _____

**REASON FOR HEARING** __Judgment and Sentence__

**RESULT** __Defendant sentenced.__

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** _____ for _____

**JUDGMENT** __forty-six (46) months upon release to three (3) years supervised release under the standard and additional conditions set forthwith. Assessment fee: $100.00; Fine: waived.__

Notes: __defendant remanded to custody__